```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 17362
   ERICA HODGES
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8192

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/03/2004 and was confirmed 06/28/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.75%.

     The case was paid in full 08/17/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED             9875.00        3935.43       9875.00
HSBC AUTO FINANCE          UNSECURED OTH       7508.19            .00        882.17
NATIONWIDE ACCEPTANCE~     UNSECURED           1663.28            .00        195.42
AFFILIATED CREDIT SERVIC   UNSECURED         NOT FILED            .00            .00
ALLIED DATA CORP           UNSECURED         NOT FILED            .00            .00
TCF                        UNSECURED         NOT FILED            .00            .00
CINGULAR WIRELESS          UNSECURED            549.96            .00          64.61
CITY OF CHICAGO PARKING    UNSECURED OTH        360.00            .00          42.89
FINGERHUT                  UNSECURED         NOT FILED            .00            .00
FINGERHUT                  NOTICE ONLY       NOT FILED            .00            .00
FIRST PREMIER BANK         UNSECURED         NOT FILED            .00            .00
HUMBOLDT RIDGE APARTMENT   UNSECURED         NOT FILED            .00            .00
ICE MOUNTAIN WATER         UNSECURED         NOT FILED            .00            .00
ILLINOIS COLLECTION SERV   UNSECURED         NOT FILED            .00            .00
MCI COMMUNICATIONS         UNSECURED         NOT FILED            .00            .00
MCI                        NOTICE ONLY       NOT FILED            .00            .00
NEWPORT NEWS               UNSECURED OTH         97.23            .00          10.70
NEWPORT NEWS               NOTICE ONLY       NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED               .00            .00            .00
ISAC                       UNSECURED OTH      36646.86            .00        4305.78
AT & T BANKRUPCTY          UNSECURED         NOT FILED            .00            .00
AT & T BANKRUPCTY          UNSECURED           1328.71            .00         156.11
STATEWIDE CREDIT ASSN      UNSECURED         NOT FILED            .00            .00
TOYS R US/KIDS R US/BABI   UNSECURED            677.37            .00          79.58
TRS RECOVERY SERVICES IN   UNSECURED         NOT FILED            .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY        2,000.00                       2,000.00
TOM VAUGHN                 TRUSTEE                                           1,252.31
DEBTOR REFUND              REFUND                                            1,090.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 17362 ERICA HODGES
```

```
--------------------------------------------------------------------------------
TRUSTEE                                    23,890.00

PRIORITY                                                             .00
SECURED                                                        9,875.00
    INTEREST                                                   3,935.43
UNSECURED                                                      5,737.26
ADMINISTRATIVE                                                 2,000.00
TRUSTEE COMPENSATION                                           1,252.31
DEBTOR REFUND                                                  1,090.00
                                       ---------------   ---------------
TOTALS                                     23,890.00           23,890.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/27/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE